JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE LEFON BRIGGS,<br><br>    Petitioner,<br><br>v.<br><br>CRAIG KOENIG, Warden,<br><br>    Respondent. | Case No. 2:21-cv-04458-JLS (SK)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Report and Recommendation to Deny Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus under 28 U.S.C. § 2254 is denied and that this action is dismissed with prejudice.

DATED: June 26, 2023

                                                  JOSEPHINE L. STATON
                                                United States District Judge